UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 12224
     DEWONERICK R BRYSON
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-6027

--------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/10/2007 and was confirmed 08/22/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 03/05/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE | UNSECURED | 1016.28 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 2600.00 | .00 | .00 |
| CMNTYPRP MNG | UNSECURED | NOT FILED | .00 | .00 |
| FIRST RESOLUTION INVESTM | UNSECURED | 3965.57 | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 590.01 | .00 | .00 |
| PAUL LAW OFFICES | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 761.78 | .00 | .00 |
| RMI/MCSI | UNSECURED | 1250.00 | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| STATE FARM | UNSECURED | 7634.00 | .00 | .00 |
| TRUST REC SV | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,314.00 | | 349.75 |
| TOM VAUGHN | TRUSTEE | | | 25.25 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      375.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                   349.75
TRUSTEE COMPENSATION                              25.25
DEBTOR REFUND                                       .00
                    ---------------     ---------------
TOTALS                       375.00              375.00


                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 12224 DEWONERICK R BRYSON

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 06/25/08
                                /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE